1   McGREGOR W. SCOTT
    United States Attorney
2   AUDREY B. HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2729

5   Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                   EASTERN DISTRICT OF CALIFORNIA
8

9   HARJEET KAUR,                      )    No. 08-371 LKK GGH
                                       )
10       Plaintiff,                    )    JOINT STIPULATION AND ORDER RE:
                                       )    EXTENSION OF TIME
11       v.                            )
                                       )
12   Michael Chertoff, Secretary of Homeland )
     Security, et al.                  )
13                                     )
         Defendants.                   )
14   _____ )

15

16      This is an immigration case in which plaintiff has challenged a delay in the adjudication of

17   her application to adjust status by U.S. Citizenship and Immigration Services (CIS).  The parties

18   respectfully inform the Court that they are attempting an administrative resolution to the matter.

19   To this extent, the government requests an additional 60 days to file an answer to the complaint;

20   counsel for plaintiff does not oppose this request.

21      The parties therefore stipulate that the time for filing the government's answer be extended to

22   June 16, 2008, and that the scheduling conference, currently set for May 5, 2008, be reset to

     sometime after the new answer date.

23

24

25   Dated: April 15, 2008
                                            McGREGOR W. SCOTT
26                                          United States Attorney

27

28                            By:    /s/Audrey Hemesath
                                     Audrey B. Hemesath


                                     -1-

Assistant U.S. Attorney
Attorneys for the Defendants

By:     /s/ Robert B. Jobe
        Robert B. Jobe
        Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

ORDERED that the defendants' Answer is due on June 16, 2008, and the scheduling conference

is reset to June 23, 2008 at 3:00 p.m.

IT IS SO ORDERED.

DATED: April 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-