| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | AUDREY B. HEMESATH |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2729 |

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HARJEET KAUR, | ) | No. 08-CV-S-371 LKK GGH |
| | ) | |
| Plaintiff, | ) | SECOND JOINT STIPULATION AND |
| | ) | ORDER RE: EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| Michael Chertoff, Secretary of Homeland Security, et al. | ) | |
| | ) | |
| Defendants. | ) | |

   This is an immigration case in which plaintiff has challenged a delay in the adjudication of her application to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to an initial extension of time for the government to file its answer to the complaint, to June 16, 2008. The parties respectfully inform the Court that they are endeavoring to reach a resolution at the administrative level. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

   The parties therefore stipulate that the time for filing the government's answer be extended to August 15, 2008, and that scheduling conference, currently set for June 23, 2008, be reset to sometime after the new answer date.

Dated: June 10, 2008

             McGREGOR W. SCOTT
             United States Attorney

By: /s/Audrey Hemesath
   Audrey B. Hemesath
   Assistant U.S. Attorney
   Attorneys for the Defendants

By: /s/ Robert B. Jobe
   Robert B. Jobe
   Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on August 15, 2008, and the scheduling conference is reset to September 15, 2008 at 10:30 a.m.  Further stipulations will be looked upon with disfavor.

IT IS SO ORDERED.

DATED:   June 12, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT