McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJEET KAUR, | No. 08-CV-S-371 LKK GGH |
| Plaintiff, | THIRD JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiff has challenged a delay in the adjudication of her application to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to two extensions of time for the government to file its answer to the complaint, to August 15, 2008. Counsel for the government is aware of the Court's admonition in granting the second request for an extension of time that any further requests would be looked upon with disfavor; however, the government nevertheless requests one additional extension for the following reasons.

    Plaintiff Harjeet Kaur has filed two applications to adjust status to that of lawful permanent resident; one in 2001 and one in 2005. These applications are currently pending adjudication at the CIS San Francisco asylum office. Counsel for the government has conferred with officials at CIS who have indicated that substantial progress has been made toward the end of adjudicating the applications in the past two extension periods, but that one additional period of 60 days is necessary to interview the applicant and complete the required background checks. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

The parties therefore stipulate that the time for filing the government's answer be extended to October 15, 2008, and that scheduling conference be reset to sometime after the new answer date.

Dated: August 13, 2008

        McGREGOR W. SCOTT
        United States Attorney

By: /s/Audrey Hemesath
     Audrey B. Hemesath
     Assistant U.S. Attorney
     Attorneys for the Defendants

By: /s/ Robert B. Jobe
     Robert B. Jobe
     Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on October 15, 2008, and the scheduling conference is reset to December 1, 2008 at 10:00 a.m..

IT IS SO ORDERED.

DATED: August 18, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT