Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJEET KAUR,<br><br>    Plaintiff,<br><br>    v.<br><br>GERARD HEINAUER, DIRECTOR,<br>USCIS NEBRASKA SERVICE CENTER,<br>ET AL.,<br><br>    Defendants. | No. C 2:08-CV-00371-LKK-GGH<br><br><br><br>JOINT STIPULATION TO DISMISS;<br>ORDER |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action, without prejudice, in light of the fact that the United States Citizenship and Immigration Services has agreed to adjudicate Plaintiff's application for adjustment of status within the next fifteen days.

Dated: October 29, 2008

By: /s/ Robert B. Jobe
Robert B. Jobe
Attorney for the Plaintiff

McGREGOR W. SCOTT
United States Attorney


By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

Joint Stipulation to Dismiss; [Proposed] Order
No. C 2:08-CV-00371-LKK-GGH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed without prejudice. IT IS SO ORDERED.

DATED: October 29, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Joint Stipulation to Dismiss; [Proposed] Order
No. C 2:08-CV-00371-LKK-GGH

2